[redacted]

3

ENDORSEMENTS AND LIMITATIONS
This passport is valid for all countries unless otherwise endorsed (subject to any visa or other entry regulations of countries to be visited).

MENTIONS ET RESTRICTIONS
Ce passeport est valable pour tous les pays, sauf indication contraire. (Le titulaire doit également se conformer aux formalités d'entrée des pays où il a l'intention de se rendre.)

CANCELLED
ANNULÉ

DEPARTMENT OF HOMELAND SECURITY • U.S. CUSTOMS AND BORDER PROTECTION
ADMITTED
MIA
JUL 16 2012
4377
52
Class
Until

CANCELLED
ANNULÉ

(Signature of bearer - Signature du titulaire)

PASSPORT
PASSEPORT

CANADA



| Type/Type | Issuing Country/Pays émetteur | Passport No./N° de passeport |
|---|---|---|
| P | CAN | [redacted] |

Surname/Nom
KACHKAR

Given names/Prénoms
JACK

Nationality/Nationalité
CANADIAN/CANADIENNE

Date of birth/Date de naissance
[redacted]

Sex/Sexe: M
Place of birth/Lieu de naissance: DAMASCUS SYR

Date of issue/Date de délivrance: 23 OCT /OCT 08
Issuing Authority/Autorité de délivrance: NORTH YORK

Date of expiry/Date d'expiration: 23 OCT /OCT 13

P<CANKACHKAR<<JACK<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

[redacted]

## LOSS OR THEFT OF PASSPORT

You are advised to keep the passport number appearing on page 2 of this passport recorded separately from this document.

If your passport is lost or stolen in Canada, report particulars to the local police and to the nearest Passport Canada office. If abroad, report to the police and to the nearest Canadian government office (or British if there is no Canadian office). Once reported lost or stolen, a passport is no longer valid and must not be used for any travel.

If you subsequently find or recover your passport, advise the authorities to whom you reported the loss or theft.

If your passport is surrendered to any person or agency outside the Canadian government (e.g. to obtain a visa) and is not promptly returned, report the facts to one of the above offices.

In Canada, Canadian passports that have been found by any person must be returned to the local police, or sent to: Passport Canada, Gatineau, Canada, K1A 0G3. Outside Canada, the passports must be sent to the nearest Canadian government office.

## PERTE OU VOL DE PASSEPORT

Nous vous conseillons de noter et de conserver à part le numéro de ce passeport qui apparaît à la page 2.

En cas de perte ou de vol de votre passeport au Canada, en aviser la police et le bureau de Passeport Canada le plus proche. À l'étranger, en aviser la police ainsi que le bureau du gouvernement du Canada le plus proche (ou, à défaut, un bureau britannique). Dès qu'un passeport est déclaré perdu ou volé, celui-ci est automatiquement annulé et ne doit plus être utilisé pour aucun voyage.

Si par la suite vous retrouvez ou récupérez votre passeport, veuillez en avertir les autorités auxquelles vous avez signalé la perte ou le vol.

Si vous avez remis votre passeport à une personne ou un organisme ne relevant pas du gouvernement du Canada (pour l'obtention d'un visa, par exemple) et qu'il ne vous est pas retourné dans les plus brefs délais, veuillez le signaler aux autorités compétentes tel qu'indiqué au paragraphe précédent.

Au Canada, toute personne qui trouve un passeport canadien doit le retourner au poste de police le plus proche ou l'acheminer à : Passeport Canada, Gatineau, Canada, K1A 0G3. À l'étranger, le passeport doit être remis au bureau du gouvernement du Canada le plus proche.

PLEASE FILL IN PARTICULARS BELOW AND AMEND AS REQUIRED. / PRIÈRE DE REMPLIR ET DE MODIFIER AU BESOIN.

Bearer's permanent residence: / Résidence permanente du titulaire :

STREET - RUE: 44 COTSWOLD CRESCENT

CITY - VILLE: TORONTO COUNTRY - PAYS: CANADA

In case of accident or death notify: / En cas d'accident ou de décès, prière d'aviser :

NAME - NOM:

RELATIONSHIP - LIEN AVEC LE TITULAIRE: TELEPHONE - TÉLÉPHONE:

STREET - RUE:

CITY - VILLE: COUNTRY - PAYS:

This passport contains 48 pages. Ce passeport contient 48 pages.



OBSERVATIONS

See information on page 4 and back cover.

This passport contains 48 pages.

Lire les avis en page 4 ainsi qu'en couverture arrière.

Ce passeport contient 48 pages.


NL
30.03.09 11
AMSTERDAM SCHIPHOL
G 011
A
17.04.13 78

AMSTERDAM SCHIPHOL

64

2009.10.21

2009.10.14

دخول ب 96
2009.10.10
96 جوازات مطار طرابلس العالمي

الجماهيرية العربية الليبية الشعبية الإشتراكية العظمى أ
دخول 75
2009.10.15

2009.10.07
خروج

VISAS

أ 1096579

الجماهيرية العربية الليبية الشعبية الإشتراكية العظمى

تأشيرة:

| | |
|---|---|
| رقم الملف: بدون ملف | رقم التأشيرة: 523 |
| الإسم: | رقم الجواز: BA363570 |
| جهة الإقامة: | المهنة: رجل اعمال |
| تاريخ الإصدار: 2009.08.26 | صالحة إلى: 2010.02.20 |
| مكان الإصدار: | الإقامة حتى: / / |
| المنفذ: | الرسوم: |

التوقيع والختم

2009.08.23

الجماهيرية العربية الليبية الشعبية الإشتراكية العظمى ج
دخول ج 104
2009.09.14
104 جوازات مطار طرابلس العالمي

VISAS


02.04.13 78
WIEN - SCHWECHAT
14-10-09 82
BRU - NAT
A 163
FIUMICINO
S 006
15-10-09 82
BRU - NAT
A 134
25-04-11 63
BRU - NAT
A 205
VISAS
10


22.11.12 97
WIEN-SCHWECHAT
F 002
08-08-09 78
MALPENSA
B 032
JUN 13 2012
APR 05 2010
APR 21 2013
21.06.09 25
23.10.09 38
AMSTERDAM SCHIPHOL
G 029
12-08-09 46
FIUMICINO
S 017
BRU - NAT
A 103
21-10-09 82
VISAS
13
12


LEAVE TO ENTER FOR SIX MONTHS: EMPLOYMENT AND RECOURSE TO PUBLIC FUNDS PROHIBITED
IMMIGRATION OFFICER
(5024)
14 JUL 2012
HEATHROW (5)
LFT LONDRES A 144
30.06.12 88
BERLIN-TEGEL
15.12.12 44
AGENCE DES SERVICES FRONTALIERS DU CANADA
29 AU 2012
CANADA BORDER SERVICES AGENCY
ADMITTED
JUL 25 2010
25 APR 2012
VISAS
15
14

DEPARTMENT OF HOMELAND SECURITY U.S. CUSTOMS AND BORDER PROTECTION
10
ADMITTED
NYC
MAY 01 2012
Class
Until
4818
A056 142725

DEPARTMENT OF HOMELAND SECURITY U.S. CUSTOMS AND BORDER PROTECTION
52
ADMITTED
MIA
JAN 10 2013
Class
Until
3112

VISAS

17

D
07.04.13 70
FRANKFURT/MAIN
F 075

D
03.02.13 63
FRANKFURT/MAIN
F 428

E
27 02 13 44
TENERIFE - SUR
A 025

VISAS

16


THE BEARER IS NOT ALLOWED TO WORK IN LIBYA
Ambasciata di Libia Italia
ENTRY
10061
UAe
12 AUG 2012
DEC 15 2012
31-08-12 96
BRU - NAT
A 103
VISAS
19
18


GATWICK
- 7 OCT 2009
(6155)
WIEN-SCHWECHAT
30.12.12 21
IMMIGRATION OFFICER
(5114)
23 MAR 2013
HEATHROW (5)
LEAVE TO ENTER FOR SIX MONTHS:
EMPLOYMENT AND RECOURSE TO
PUBLIC FUNDS PROHIBITED
VISAS
21
PUBLIC FUNDS PROHIBITED
IMMIGRATION OFFICER
(4565)
- 4 JAN 2013
HEATHROW (4)
U.S. CUSTOMS AND BORDER PROTECTION
2819
ADMITTED
SEP 11 2012
52
VISAS
20


23
28.12.12 44
DÜSSELDORF
F 109
24.01.13 58
DÜSSELDORF
F 214
10.01.13 58
01.02.13 63
FRANKFURT/MAIN
613 ДОМОДЕДОВО 613
22.11.12 6 >
613 РОССИЯ 613
VISAS
ВИЗА VISA
РОССИЙСКАЯ ФЕДЕРАЦИЯ
RUSSIAN FEDERATION
22 3465752
ДВУКРАТНАЯ "2" ОТ
06.11.12
11.11.12/08.12.12
28
ВАШ671277
КАНАДА
КАЧКАР ДЖЕК
KACHKAR JACK
BA363570
[redacted]
МУЖ
ТУРИЗМ, 004
000 АРКО КОНСАЛТИНГ, МОСКВА 000274-2161829-111112
РОССИЯ
RUSSIA
218 ДОМОДЕДОВО
476 ШЕРЕМЕТЬЕВО 476
VKA3KAR<<DJEK<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<8
BA363570<<<<5CAN1902639M<<<<<<<<<0WAS6712723

| | | | |
|---|---|---|---|
| Name / Nom | KACHKAR, JACK | جاك كشكر | الاسم |
| Place of Birth / Lieu de Naissance | DAMASCUS SYRIA | دمشق سورية | مكان الميلاد |
| Date of Birth / Date de Naissance | [redacted] | [redacted] | تاريخ الميلاد |
| Residence / Résidence | CANADA | كندا | مكان الاقامة |
| Nationality / Citoyenneté | CANADIAN | كندية | الجنسية |
| Passport No. / No du Passeport | BA363570 | BA363570 | رقم جواز السفر |
| Issued at / Délivré à | NORTH YORK | نورث يورك | مكان الاصدار |
| Date of Issue / Délivré le | OCTOBER 23, 2008 | 2008/10/23 | تاريخ الاصدار |
| Date of Expiry / La Validité Expire | OCTOBER 23, 2013 | 2013/10/23 | الجواز ينتهي |
| Children / Enfants | — | — | الاطفال |


1435732
BA363570
JACK KACHKAR
2009.08.25
2009.02.26
2009.06.10
2009.06.20
2009.03.11
2009.06.03
2009.08.06



№ 060470
ÜÇ AY İKAMET SÜRELİ MÜTEADDİT GİRİŞ VİZESİDİR, ÇALIŞMA HAKKI VERMEZ.
MULTIPLE ENTRY VISA VALID FOR THREE MONTHS EMPLOYMENT PROHIBITED.
€ 45
IMMIGRATION OFFICER
(5159)
- 3 MAR 2013
HEATHROW (5)
LEAVE TO ENTER FOR SIX MONTHS EMPLOYMENT AND RECOURSE TO PUBLIC FUNDS PROHIBITED
AUG 1 8 2012
VISAS
28
29


APR 29 2011
DEC 11 2008
DEC 16 2010
ADMITTED
ENTRY
EXIT
UAe
VISAS
31
30


This passport contains 48 pages.
Ce passeport contient 48 pages.
WIEN - SCHWECHAT
F 045
07.01.13 53
A
VISAS
33
B
05-12-12 71
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION
2820
DEC 23 2009
VISAS
32


ENTER
LIBYA
2013-03-24
2013-04-02
2013-03-03
2013-02-28
ENTER
VISAS


This passport contains 48 pages.
Ce passeport contient 48 pages.
VISAS
45
VISAS
44



This passport contains 48 pages.
VISAS
47
VISAS
46
خروج
07 جوان 2009
دخول
04 مارس 2009
خروج
08 مارس 2009
تونس قرطاج
دخول
03 جوان 2009
04 جانفي 2013
تونس قرطاج

48 VISAS

03 فيفري 2013

01 فيفري 2013

2012

05 فيفري 2009

Government of Canada

Gouvernement du Canada

Canadian government offices abroad ... Canadian citizens with passport ... other consular services.

... countries where there is no Canadian ... office, application may be made in an ... emergency to the nearest British ... consular office.

Canadian citizens who have more ... one nationality through birth, ... marriage or naturalization ... advised that, while in the country ... other nationality, they may be ... its laws and obligations, ... military service.

Canadian citizens intending to reside ... for a protracted period or ... in a disturbed area are ... to register at the nearest ... government office, ... their absence, at the nearest ... consulate. Registration helps ... authorities assist Canadian ... in an emergency.

... receive passport services for ... born abroad, proof of their ... citizenship must be provided. ... may be made for a Certificate ... Canadian Citizenship through the ... of Canadian Citizenship at ... nearest Canadian government ...

Les bureaux du gouvernement du Canada à l'étranger peuvent délivrer des passeports et assurer tout autre service consulaire.

Dans les pays où le Canada n'a pas de représentant, on peut s'adresser, en cas d'urgence, au bureau diplomatique ou consulaire britannique le plus proche.

Les citoyens canadiens qui, par le fait de la naissance, de l'origine, du mariage ou de la naturalisation, ont plus d'une nationalité sont avisés, lorsqu'ils se rendent dans le pays de leur autre nationalité, qu'ils peuvent être assujettis à toutes les lois et obligations de ce pays, notamment au service militaire.

Il est conseillé aux citoyens canadiens qui ont l'intention de séjourner à l'étranger ou qui voyagent dans une zone troublée, de s'inscrire auprès du bureau du gouvernement du Canada le plus proche ou, à défaut, auprès du consulat britannique le plus proche. Cette formalité permet aux autorités canadiennes d'aider les citoyens canadiens en cas d'urgence.

Toute demande de service de passeport pour un enfant né à l'étranger de citoyens canadiens doit être accompagnée d'une preuve de sa citoyenneté canadienne. On peut demander un certificat à cet effet au registraire de la citoyenneté canadienne au bureau du gouvernement du Canada le plus proche.

Ce passeport contient 48 pages.