UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI
Case No. 16-20595-CR-GAYLES(GRAHAM)/OTAZO-REYES

UNITED STATES OF AMERICA

v.

JACK KACHKAR,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court originally on Defendant Jack Kachkar's ("Defendant" or "Kachkar") Motion to Dismiss the Indictment Pursuant to the Fifth and Sixth Amendments. [D.E. 404]. The matter is now before the Court on the Magistrate Judge's Report and Recommendation. [D.E. 429]. The Court also considers Kachkar's Objections to the Magistrate Judge's Report and Recommendation. [D.E. 437].

**THIS MATTER** was initiated when Kachkar filed a Motion to Dismiss the Indictment Pursuant to the Fifth and Sixth Amendments. [D.E. 404]. Specifically, Kachkar seeks dismissal of the Indictment on the grounds that, in the course of mediation in parallel civil suits, an FDIC-R official allegedly promised him that no criminal charges would be brought against him if he met certain conditions. In support of the Motion to Dismiss, Kachkar relies on the affidavit of Attorney Lage, his counsel in the civil suits, and

exhibits proffered at a prior evidentiary hearing on another motion to dismiss before the Magistrate Judge.

The matter was assigned to the Honorable United States Magistrate Judge Alicia M. Otazo-Reyes. [D.E. 393]. Upon consideration of the factual record, including the affidavit of Lage, and without conducting an evidentiary hearing, Magistrate Judge Otazo-Reyes issued a report recommending that Kachkar's Motion to Dismiss be denied. [D.E. 429]. Thereafter, Kachkar filed timely objections to the Magistrate Judge's report and recommendation. [D.E. 437].

Defendant Kachkar objects to the Magistrate Judge's failure to hold an evidentiary hearing and finding that he did not allege prejudice. [D.E. 437]. Having considered Kachkar's aforementioned objections, the Court finds Kachkar's objections without merit. Upon review of the Lage affidavit it is clear that there was no agreement between the parties with respect to non-financial terms, which would include an agreement not to pursue criminal prosecution of the Defendant. The Court agrees that there is no prejudice to Kachkar unless he testifies. Should Kachkar testify, the Court will consider revisiting this issue prior to Kachkar's cross-examination.

**THE COURT** has conducted a de novo review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge

2

Otazo-Reyes's Report is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety [D.E.429]. It is further

**ORDERED AND ADJUDGED** that Defendant Kachkar's Objections [D.E. 437] are **OVERRULED**. It is further

**ORDERED AND ADJUDGED** that Defendant Jack Kachkar's Motion to Dismiss the Indictment Pursuant to the Fifth and Sixth Amendments. [D.E. 404] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of January 2019.

_____
DONALD L. GRAHAM
SENIOR UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record