UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI
Case No. 16-20595-CR-GAYLES(GRAHAM)/OTAZO-REYES

UNITED STATES OF AMERICA

v.

JACK KACHKAR,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court originally on Defendant Jack Kachkar's ("Defendant" or "Kachkar") Motion to Dismiss Count 1 of the Indictment as Being Barred by the Statute of Limitations. [D.E. 263]. The matter is now before the Court on the Magistrate Judge's Report and Recommendation. [D.E. 423]. The Court also considers Kachkar's Objections to the Magistrate Judge's Report and Recommendation. [D.E. 434].

**THIS MATTER** was initiated when Kachkar filed a Motion t Dismiss Count 1 of the Indictment as Being Barred by the Statute of Limitations.[D.E. 263]. Specifically, Kachkar contends that the April 8, 2016 order suspending the running of the statute of limitations was ineffective because: (1) the government's application did not comply with Section 3292; (2) the evidence upon which the application was predicated is not admissible at trial; and (3) the application was pretextual.

The matter was assigned to the Honorable United States Magistrate Judge Alicia M. Otazo-Reyes.[D.E. 271]. Upon consideration of the evidentiary record and the arguments of counsel, Magistrate Judge Otazo-Reyes issued a report recommending that Kachkar's Motion to Dismiss Count 1 be denied. [D.E. 423]. Thereafter, Kachkar filed timely objections to the Magistrate Judge's report and recommendation. [D.E. 434].

Defendant Kachkar objects to the Magistrate Judge's findings of fact, conclusions of law, and failure to address every argument in the Report and Recommendation. After a de novo review of the record Kachkar's objections are also overruled.

**THE COURT** has conducted a de novo review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Otazo-Reyes's Report is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety [D.E.423]. Moreover, the Court finds that, when issuing the order granting tolling the statute of limitation, there was sufficient evidence for the presiding judge to conclude that it "reasonably appeared" at the time of the application that evidence of the offense was in a foreign country. This is further supported by the Court in the UK issued an order requiring Ernst & Young UK to produce the OVER 400K documents it indicated was in its possession. It is further

**ORDERED AND ADJUDGED** that the United States' Objections [D.E.

2

441] are **OVERRULED**. It is further

**ORDERED AND ADJUDGED** that Defendant Kachkar's Objections [D.E. 449] are **OVERRULED**. It is further

**ORDERED AND ADJUDGED** that Defendant Jack Kachkar's Motion to Dismiss Count 1 of the Indictment as Being Barred by the Statute of Limitations. [D.E. 263] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of January 2019.

_____
DONALD L. GRAHAM
SENIOR UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record